UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-CIV-61816-RAR

HOWARD COHAN,

    Plaintiff,

vs.

CNI THL OPS, LLC,
d/b/a HAMPTON INN FT LAUDERDALE –
CYPRESS CREEK, and
W2005 NEW CENTURY HOTEL PORTFOLIO, L.P.,

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff"), and Defendants, CNI THL OPS, LLC d/b/a HAMPTON INN FT LAUDERDALE – CYPRESS CREEK and W2005 NEW CENTURY HOTEL PORTFOLIO, L.P. ("Defendants"), by and through their respective undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendants have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff and Defendants respectfully request thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated: _____10/1/2020_____

| BY: */s/ Jason S. Weiss* | BY: */s/ Merry E. Lindberg* |
|---|---|
| Jason S. Weiss | Merry E. Lindberg |
| Jason@jswlawyer.com | mlindberg@fordharrison.com |
| Florida Bar No. 356890 | Florida Bar No. 308102 |
| **WEISS LAW GROUP, P.A.** | **FORD & HARRISON LLP** |
| 5531 N. University Drive, Suite 103 | 1450 Centrepark Blvd, Suite 325 |
| Coral Springs, FL 33067 | West Palm Beach, FL 33401 |
| Tel: (954) 573-2800 | Tel: (561) 345-7505 |
| Fax: (954) 573-2798 | Fax: (561) 345-7501 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |